JOHN T. WILSON, Respondent, *v.* HELEN M. SIMPSON et al., Appellants.

The Supreme Court may, in its discretion, instead of compelling the successful party in an action to enter a formal judgment, direct that unless judgment is so entered within a time specified, the defeated party may enter it; and the exercise of this discretion is not reviewable here.

(Submitted March 15, 1881; decided March 25, 1881.).

THIS was an appeal from an order of General Term modifying an order of Special Term which denied a motion on the part of defendants to compel plaintiff to enter judgment. The General Term order directed that unless judgment should be entered by plaintiff within ten days after service of the order, defendants have leave to enter judgment in conformity to the decision. *Held,* as above.

*B. F. Blair* for appellants.

*Francis Lynde Stetson* for respondent.

*Per curiam* opinion for dismissal of appeal.
All concur, except RAPALLO, J., absent.
Appeal dismissed.

---

CARL WERTHEIM et al., Appellants, *v.* JOHN B. PAGE et al., Respondents.

(Argued March 15, 1881; decided March 25, 1881.)

*Charles H. Tweed* for appellants.

*David J. H. Wilcox* for respondents.

Agree to dismiss appeal without opinion.
All concur.
Appeal dismissed.